# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3972 ODW(PLAx) | Date | April 29, 2011 |
|---|---|---|---|
| Title | Michael Buchanan v. City of Santa Monica, California et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement

The Court is in receipt of the Minutes of Settlement Conference [27] filed April 28, 2011, 2011 and Defendants' Request to Vacate Motion for Summary Judgment [26] (Filed 4/28/11).The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, 27, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for June 28, 2011 at 9:00 a.m. is VACATED, as are all other pretrial hearing dates and filing deadlines. Failure to finalize settlement will result in an immediate resetting of the Jury Trial with an accelerated schedule of pretrial hearing dates and filing deadlines.

Defendants' Motion for Summary Judgment [16] is VACATED, as is the hearing thereon.

IT IS SO ORDERED.

                                                     : 00

Initials of Preparer    RGN